## PASTIFICIO LUCIO GAROFALO, S.P.A., Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee,

and

## American Italian Pasta Company, Dakota Growers Pasta Company, and New World Pasta Company, Defendants–Appellees.

### No. 2011–1533.

United States Court of Appeals, Federal Circuit.

March 14, 2012.

Richard P. Ferrin, Drinker Biddle & Reath LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Douglas J. Heffner.

Carrie A. Dunsmore, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

David C. Smith, Jr., Kelley Drye & Warren, LLP of Washington, DC, argued for defendant-appellee American Italian Pasta Company, et al. With him on the brief was Paul C. Rosenthal.

NEWMAN, MAYER, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**